# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DIRK KLINKE, | ) | 3:12-cv-00032-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT BANNISTER, *et al.*, | ) | |
| | ) | |
| Defendant(s) | ) | |

Following the initial stay of 90 days, the court allowed an additional stay for the parties hereto to conduct a second mediation session. (Doc. # 15.)[1] That mediation having been unsuccessful (Doc. # 17),

**IT IS HEREBY ORDERED:**

1. The Clerk shall electronically **SERVE** a copy of this order and a copy of plaintiff's First Amended Complaint (Doc. # 7) on the Office of the Attorney General of the State of Nevada, attention Pamela Sharp.

2. Subject to the findings of the screening order (Doc. # 9), within **twenty-one (21) days** of the date of entry of this order, the Attorney General's Office shall file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it <u>accepts</u> service; (b) the names of the defendants for whom it <u>does not accept</u> service, and (c) the names of the defendants for whom it is filing last-known-address information under seal. As to any of the named defendants for which the Attorney General's Office

---

[1] Refers to court's docket number.

cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

6. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name and address for the defendant(s).

7. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **thirty (30) days** from the date of this order.

**IT IS SO ORDERED.**

DATED: January 9, 2013.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE