UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIRK KLINKE, ) | 3:12-cv-00032-RCJ-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | February 22, 2013 |
| ROBERT BANNISTER, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

 Before the court is Plaintiff's "Motion to Compel" (Doc. #25). Plaintiff seeks to have the court order the defendants to accept service for Defendant Dr. Wallace Remsen "because he was an employee during the time in question" (*id.* at 1). However, the court cannot compel counsel for the defendants to accept service for a former employee of the Nevada Department of Corrections. It is Plaintiff's responsibility to effect service on Defendant Remsen. (Order, Doc. #18.)

 The clerk shall send to Plaintiff a copy of the docket herein and the court's order (Doc. #18). Plaintiffs motion (Doc. # 25) is **DENIED.**

 **IT IS SO ORDERED.**

 LANCE S. WILSON, CLERK


 By: /s/
 Deputy Clerk