# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DIRK KLINKE, | ) | 3:12-cv-00032-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 22, 2013 |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is plaintiff's motion requesting a copy of the docket sheet. (Doc. # 46.) Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course. He will be provided notices of filings by the Clerk as papers are filed in this matter. However, in this instance, plaintiff's request shall be granted on a one-time basis.

   Plaintiff's motion (Doc. # 46) is therefore **GRANTED.**  The Clerk of the Court is directed to send a copy of the docket sheet in this matter to the plaintiff.

   **IT IS SO ORDERED.**

                                                                                LANCE S. WILSON, CLERK

                                                                                By:        /s/
                                                                                       Deputy Clerk