FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| DIRK KLINKE, | CASE NO.: 3:12-cv-00032-RCJ-WGC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BANNISTER, et al., | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #62) entered on October 30, 2013, in which the Magistrate Judge recommends that the Court deny Plaintiff's request for a temporary restraining order and preliminary injunction (ECF ## 52, 53). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #62).

IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF ##52, 53) are DENIED.

IT IS SO ORDERED this 19th day of November, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE